HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY J. PUGH, | ) | Civil No. 05-04688 MMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Wednesday, April 26, 2006 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

STIPULATION AND ORDER

|   |   |
|---|---|
|   | _____ |
|   | KEVIN V. RYAN |
|   | United States Attorney |

Dated: March 15, 2006          /s/_____
                               SARA WINSLOW
                               Assistant U.S. Attorney


Dated: March 15, 2006          /s/_____
                               HARVEY P. SACKETT
                               Attorney for Plaintiff
                               BOBBY J. PUGH

IT IS SO ORDERED.


Dated:  March 22, 2006         _____
                               HON. MAXINE M. CHESNEY
                               United States District Judge

2

STIPULATION AND ORDER