1

HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY J. PUGH, | ) | Civil No. 05-04688 MMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Monday, May 8, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

1
2                                            _____
                                             KEVIN V. RYAN
3                                            United States Attorney
4
5
6
   Dated: April 14, 2006                     /s/_____
7                                            SARA WINSLOW
                                             Assistant U.S. Attorney
8
9
10
11
   Dated: April 14, 2006                     /s/_____
12                                           HARVEY P. SACKETT
                                             Attorney for Plaintiff
13                                           BOBBY J. PUGH
14
15 IT IS SO ORDERED.
16
17
   Dated:   April 18, 2006                   _____
18                                           HON. MAXINE M. CHESNEY
19                                           United States District Judge
20
21
22
23
24
25
26
27
28

                                    2
   STIPULATION AND ORDER