HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY J. PUGH, | ) | Civil No. 05-04688 MMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Wednesday, June 8, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

1

2      _____
       KEVIN V. RYAN
3      United States Attorney

4

5

6
   Dated: May 5, 2006                          /s/_____
7                                              SARA WINSLOW
                                               Assistant U.S. Attorney
8

9

10

11
   Dated: May 5, 2006                          /s/_____
12                                             HARVEY P. SACKETT
                                               Attorney for Plaintiff
13                                             BOBBY J. PUGH

14

15 IT IS SO ORDERED.

16

17
   Dated: May 9, 2006                          _____
18                                             HON. MAXINE M. CHESNEY
19                                             United States District Judge

20

21

22

23

24

25

26

27

28

                                      2
   STIPULATION AND ORDER