IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOBBY J. PUGH,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

        Defendant
                                        /

No. 05-4688 MMC

**ORDER ENTERING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT**

      Before the Court is plaintiff Bobby J. Pugh's response to the Court's January 16, 2008 order directing plaintiff to show cause why the Court should not enter summary judgment in favor of defendant Michael Astrue.  Also before the Court is defendant's response to said order.

      Having considered the parties' submissions, the Court, for the reasons stated in its order of January 16, 2008, finds defendant is entitled to summary judgment.[1]

      **IT IS SO ORDERED.**

Dated: March 26, 2008

                                            MAXINE M. CHESNEY
                                            United States District Judge

---

[1] Contrary to plaintiff's argument, the Court is not precluded from applying a harmless error analysis by reason of defendant's pleadings or briefing, or by reason of any asserted "waiver" by the ALJ, nor did the Court accept without evaluation the reasons provided by the ALJ in complying with the Court's 2004 order.  Further, although plaintiff is correct that subsequent events may alter the record on remand, e.g., as plaintiff hypothesizes, he might have been hit by a bus in the interim, here, as discussed in the Court's January 16, 2008 order, plaintiff concedes the record on remand is essentially unchanged.